UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:06-CR-106 |
| | ) | (Judges Phillips/Guyton) |
| BROOK TIPTON | ) | |

ORDER OF DISMISSAL

Upon motion of the United States, and pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and for good cause shown, it is hereby ORDERED that the Indictment in this case be dismissed, as to the above-styled defendant only, with prejudice.

ENTER:

*Thomas W. Phillips*

THOMAS W. PHILLIPS
UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

JAMES R. DEDRICK
UNITED STATES ATTORNEY


s/ David C. Jennings
DAVID C. JENNINGS
ASSISTANT UNITED STATES ATTORNEY